SIAMAK VAZIRI, ESQ. [SBN 242447]
STEFANO G. FORMICA, ESQ. [SBN 241958]
CARYN BROTTMAN SANDERS, ESQ [175378]
VAZIRI LAW GROUP APC
5757 Wilshire Blvd, Suite 670
Los Angeles, CA 90036
Telephone:  (310) 777-7540
Facsimile:   (310) 777-0373

ATTORNEYS FOR PLAINTIFF,
TAMARA BONILLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ESTATE OF AARON BONILLA BY AND THROUGH HIS SUCCESSOR IN INTEREST, TAMARA BONILLA AND TAMARA BONILLA, INDIVIDUALLY; | Case No. 1:18-cv-00329-DAD-SKO |
|---|---|
| Plaintiffs, | STIPULATION FOR DISMISSAL |
| v. | |
| COUNTY OF MERCED; SHERIFF VERNON H. WARNKE, ELIZABETH BONILLA and DOES 1 through 50, inclusive; | |
| Defendants. | |

COMES NOW Plaintiff ESTATE OF AARON BONILLA BY AND THROUGH HIS SUCCESSOR IN INTEREST, TAMARA BONILLA AND TAMARA BONILLA, INDIVIDUALLY and Defendants COUNTY OF MERCED; SHERIFF VERNON H. WARNKE and hereby stipulate to the dismissal of this action with prejudice as and for settlement of this action. Each of the undersigned parties agrees that it shall bear its own costs and attorney's fees associated with this matter.

Dismissal is therefore proper under Fed. R. Civ. P. 41(a)(1)(A)(ii).

STIPULATED REQUEST FOR DISMISSAL
1

Dated: May 28, 2019

VAZIRI LAW GROUP, APC

BY _____
SIAMAK VAZIRI, ESQ. [SBN 242447]
STEFANO G. FORMICA, ESQ. [SBN 241958]
CARYN BROTTMAN SANDERS, ESQ [175378]

MAY 28, 2019

MERCED COUNTY COUNSEL

_____
ROGER S. MATZKIND, SBN 77331